UNITED STATES of America, Plaintiff–Appellee,

v.

Harold Alexandor HAWKINS, Jr., Defendant–Appellant.

No. 01–7982.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 5, 2002.

Decided Feb. 21, 2002.

Harold Alexander Hawkins, Jr., Pro Se. James Brien Comey, Jr., Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Harold Alexander Hawkins, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hawkins,* No. CR–98–159 (E.D.Va. Oct. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*